Steven Todd Thompson
19770-023
P.O. box 13900
Seattle, WA. 98198-1090

U.S. COURTS
Rcvd ___ APR 08 2019
Filed___Time___
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

United States District Court
For the District of Idaho

| United States of America | CASE NO. CR 18-401 SEJL |
|---|---|
| V. | |
| David Paul Roberts  Steven Todd Thompson | Motion to Challenge Specifity |

Comes now Steven Todd Thompson, A defendant in the above named case and awaiting appointment of counsel, Does hereby file this "Motion to Challenge Specifity" of the charging indictment. I am named in Counts 1 and 3. In Count one (1) No specific drug quantity is stated. No where in the Information or "discovery" is there any additional instances that suggest I've committed the stated crime. As a matter of fact other than the charge itself I can find no where that I suggests I've broken the law at all. Furthermore, my prior attorney, Greg Silvey has relayed to me that the Assistant D.A. would have me plead to a count that is not listed in the Indictment or in the Alternative, It

(1)

I elect to exercise my constitutional, statuatory or Judicially created rights, he will convene another Grand Jury and Amend or supercede the 1st Indictment to include me in a "more serious charge" to which I was told "I don't have enough life to live to serve it if convicted." This would be nothing short of Prosecutorial vindictiveness/misconduct as this new charge would be based on NO New Evidence or Information.
I ask the court to intervene and Dismiss Count 1 of this faulty indictment or grant a hearing that, after my new Attorney has had time to Prepare for, maybe held in the near future so we can state our case.
Respectfully submitted this 3rd Day of April 2019

Stev Thompson

I sent a true & correct copy via U.S. Mail to:

Clerk of Court
James A McClure building
550 West Fort St - Rm 400
Boise, ID 83724-0101

US Att office
District of Idaho
Wash group Plaza IV
800 East Park Blvd STE 600
Boise, Id 83712-7788

(2)