Steven Thompson
19770-023
P.O. box 13900
Seattle WA. 98198-1090

U.S. COURTS
APR 01 2019
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

United States District Court
For the District of Idaho

| | |
|---|---|
| United States of America vs. David Paul Roberts, Steven Todd Thompson | Case No. CR 18-401 SEJL<br><br>Motion to compel and motion to Preserve |

Comes now the defendant, Steven Todd Thompson, who does hereby requests the disclosure of All statements, IF ANY, made before, on or after the 10th of Dec 2018 by Colt Spenser or Anyone else regarding this case that has not been previously disclosed. Also, As A result of cooperation of Colt Spenser several search warrants were executed in and around the Twin Falls, Idaho Area on the 10th of Dec 2018 and in the days that followed. The results of those searches were the Recovery of dozens of firearms that were stolen by Mr. Spenser and was the basis of this entire investigation. I am being held as a result of that

①

investigation and need all reports and statements regarding those searches as it is all pertinent to me building an adequate defense.

I also motion the court to issue an order to preserve "all Jencks materials" in regards to this case. The requests are pursuant to FDRC. 16.

Steven Todd Thompson

Copy mailed this 27th day of March 2019 to each of the following —

Clerk of the Court
James A McClure
Fed building & Courthouse
550 west Fort st. room 400
Boise, Id 83724-0101

US Atty office
District of Idaho
Wash group Plaza IV ste 600
Boise, Id 83712-7788

②