UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

STEVEN TODD THOMPSON,

      Defendant.

Case No. 1:18-CR-00401-BLW-2

**ORDER CONTINUING SENTENCING**

Finding good cause therefore

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to continue sentencing (Dkt. 296) is GRANTED.  The current sentencing date of April 15, 2020 is VACATED.  The new sentencing date shall be May 12, 2020 at 2:30 p.m. at the United States District Courthouse in Boise, Idaho.

DATED:  February 26, 2020

B. LYNN WINMILL
Chief U.S. District Court Judge