UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN TODD THOMPSON,<br><br>　　　　Defendant. | Case No. 1:18-cr-00401-BLW<br><br>**ORDER CONTINUING SENTENCING** |

　　The Court has before it an unopposed motion to continue sentencing filed by defendant. The Court, finding good cause therefore,

　　NOW HEREBY ORDERS that the motion to continue sentencing (Dkt. 336) is GRANTED. The current sentencing date of May 12, 2020 is VACATED. The new sentencing date shall be June 19, 2020 at 9:00 a.m. at the United States District Courthouse in Boise, Idaho.

DATED: May 5, 2020

B. Lynn Winmill
United States District Judge

ORDER CONTINUING SENTENCING – 1