# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA

v.

STEVEN TODD THOMPSON

*WARRANT FOR ARREST*

1:18-CR-00401-DCN



**RECEIVED**
By U.S. Marshals Service at 8:15 am, Aug 14, 2023

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **STEVEN TODD THOMPSON** and bring forthwith to the nearest magistrate judge to answer **PETITION ON SUPERVISED RELEASE** charging with the below listed violation.

VIOLATION OF THE TERMS AND CONDITIONS OF THE PETITION ON SUPERVISED RELEASE

Laura McInnes, Deputy Clerk

Name and Title of Issuing Officer

United States Courts
District of Idaho
**ISSUED**
Laura McInnes
on Aug 11, 2023 4:32 pm

---

**RETURN**

---

This warrant was received  8/14/2023  and executed with the arrest of the above-name individual at  Twin Falls, ID .

_____
Signature of Arresting Officer

8/16/2023
Date of Arrest

Signing on behalf of Arresting Officer
Name & Title of Arresting Officer