UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN TODD THOMPSON,<br><br>    Defendant. | Case No. 1:18-cr-00401-DCN-2<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Temporary Release and to Continue Supervised Release Hearing. Dkt. 397. Steven Thompson has been accepted into an inpatient treatment program with a check-in date of November 13, 2023. The parties are asking for the supervised release hearing to be continued to allow Thompson to attend inpatient treatment prior to the final revocation hearing. The Court finds good cause to approve the parties' Stipulation. Accordingly,

IT IS HEREBY ORDERED that:

1. The final revocation hearing scheduled for November 8, 2023, at 11:00 a.m. is **VACATED**.

2. On **November 13, 2023, at 8:00 a.m.**, the Defendant shall be temporarily released from pretrial detention.

3. The Defendant shall directly and without unreasonable delay report to the Renaissance Ranch Treatment Center in Rupert, Idaho, where Defendant has

been accepted into residential treatment. Defendant is responsible for arranging his own transportation to the Renaissance Ranch.

4. Defendant shall undergo the intensive inpatient treatment at Renaissance Ranch that is expected to last a minimum of 60 days. The Defendant shall not leave the facility without the prior approval of the Court or the United States Probation Officer (USPO).

5. Defendant shall comply with all rules of the Renaissance Ranch.

6. The Renaissance Ranch shall regularly communicate with USPO about Defendant's treatment progress and compliance.

7. Renaissance Ranch and Defendant shall contact USPO and Defendant's counsel within two weeks of expected completion of the residential treatment program. Thereafter, the Court will schedule a final revocation hearing.

8. Should Defendant fail to successfully complete the Renaissance Ranch residential treatment program or otherwise violate the conditions of release, Defendant will report to USPO as directed by USPO whereupon his temporarily release may be revoked and detention may resume.

9. While temporarily out of custody, the Defendant must comply with all conditions of supervision previously ordered in this case.

DATED: November 6, 2023

_____
David C. Nye
Chief U.S. District Court Judge